UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :
RANDALL MEARS,                                        :
                                                      :
                        Plaintiff,                    :
                                                      :              26 Civ. 2763 (JPC)
        -v-                                           :
                                                      :              ORDER
EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, :
                                                      :
                        Defendants.                   :
                                                      :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 14, 2026, Plaintiff served Defendant Verizon Wireless Services, LLC ("Verizon") with copies of the Summons and Complaint.  Dkt. 10.  Verizon's deadline to respond to the Complaint was therefore May 5, 2026.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).  That deadline has passed, and the docket does not reflect a response to the Complaint from Verizon.  Accordingly, the Court extends *sua sponte* Verizon's deadline to respond to the Complaint until May 21, 2026.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Verizon was served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

        SO ORDERED.

Dated: May 7, 2026
        New York, New York                              _____
                                                                JOHN P. CRONAN
                                                          United States District Judge