UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- :
                                                                        :
RANDALL MEARS,                                                          :
                                                                        :
                          Plaintiff,                                    :
                                                                        :          26 Civ. 2763 (JPC)
           -v-                                                          :
                                                                        :               ORDER
EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, :
                                                                        :
                          Defendants.                                   :
                                                                        :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 5, 2026, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for June 29, 2026 at 11:00 a.m.  Dkt. 23 at 1-2.  The Court also ordered the parties to submit a proposed case management plan and scheduling order.  *Id*. at 2-3.  Both items were due June 22, 2026.  The parties failed to submit either.

By 12:00 p.m. on June 25, 2026, it is hereby ordered that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 23.  The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: June 23, 2026
       New York, New York                                       _____
                                                                        JOHN P. CRONAN
                                                                 United States District Judge